**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

TAMARA WOLVERTON,

    Plaintiff,

v.      Case No:   6:22-cv-2377-CEM-LHP

WALT DISNEY PARKS AND
RESORTS U.S., INC.,

    Defendant

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO CONDUCT MAY 21, 2024 MEDIATION VIA VIDEOCONFERENCE AND INCORPORATED MEMORANDUM OF LAW (Doc. No. 29)
>
> **FILED:** May 17, 2024
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

With the mediator's consent, the parties may conduct mediation by videoconference. The parties and/or their representatives must be present

throughout the duration of the mediation, just as if they were attending the mediation in person.

**DONE** and **ORDERED** in Orlando, Florida on May 17, 2024.

*Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties